No. 9224. C. W. THORNTON, PLAINTIFF AND APPELLANT *v.* ROBERT L. DALKE, DEFENDANT AND RESPONDENT.

618

Decided November 30, 1953.

*Rognlien* and *Murray*, Kalispell, for Appellant.

*Baldwin* and *Baldwin* and *T. H. MacDonald*, Kalispell, for Respondent.

263 Pac. (2d) 385.

MR. CHIEF JUSTICE ADAIR:

On application of Rognlien and Murray and stipulation of respective counsel duly filed herein, it is ordered that this appeal be and it is dismissed on the merits and that each party to the appeal shall stand his own costs on the appeal.